JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALENTINE, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN GENERAL LIFE INSURANCE CO. OF DELAWARE, et al. <br><br> Defendants. | Case No. CV 17-1194 FMO (RAOx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Joint Motion for Judgment Pursuant to Fed. R. Civ. P. 52, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Judgment is hereby entered in favor of plaintiff Jerry Valentine ("plaintiff") on plaintiff's claims against defendant The United States Life Insurance Company in the City of New York ("defendant").

2. Plaintiff is awarded 61 months (from November 2013 to November 2018) of back Monthly Benefits in the amount of $224.91, for a total of $13,719.51, plus prejudgment interest.

3. Plaintiff shall be entitled, beginning December 2018, to a Revised Monthly Benefit of $4,590.71.

Dated this 21st day of November, 2018.

/s/
Fernando M. Olguin
United States District Judge